```
USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11-17-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

     - v. -

KEVIN HERNANDEZ,

                Defendant.

-------------------------------------------------------------- x

25 CR 535 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

Arraignment set for **December 2, 2025, at 2:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            November 17, 2025

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**