# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 9, 2026

**By Email**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 9, 2026

**Re:    United States v. Kevin Hernandez**
       **25 Cr. 535 (RA)**

Dear Judge Abrams,

    With the consent of Pretrial Serves and no opposition from the government, I write to respectfully request that the Court modify Mr. Hernandez's Bail Conditions.

    We ask that the Court modify Mr. Hernandez's bail conditions to home detention instead of home incarceration, with continued GPS monitoring.

    Mr. Hernandez has been on home incarceration for more than nine months with full compliance. He is currently permitted to leave his home for two hours each weekday to exercise with his father at a local gym, and he attends church services and the young adult group on Sundays. He has obeyed all schedules.

    Thank you for your consideration.

Respectfully submitted,

/s/
Michael Rooney
Counsel for Mr. Hernandez

CC: AUSA Katherine Cheng, Esq.