# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 28, 2026

**By Email**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
January 28, 2026

Re:    **United States v. Kevin Hernandez**
       **25 Cr. 535 (RA)**
       **Request to Adjourn Presentence Investigation and Report**

Dear Judge Abrams,

       With the consent of the government, I write to respectfully request that the Court modify Mr. Hernandez's Referral to Probation for Presentence Investigation and Report.

       Prior to his admission into the YAOP program, Mr. Hernandez entered a plea of guilty on December 23, 2025, and Judge Cave entered an Oral Order referring the case to Probation to investigate and provide a Presentence Report. *See*, *Docket Entry 24*. On January 7, 2026, the case was transferred to this Court, and Mr. Hernandez started in YAOP.

       Now that Mr. Hernandez is participating in the program, I respectfully request that you adjourn the presentence investigation and report, *sine die*, until it is determined that Mr. Hernandez is ready for sentencing.

       Thank you for your consideration.

Respectfully submitted,

/s/
Michael Rooney
Counsel for Mr. Hernandez

CC: AUSA Katherine Cheng, Esq.