# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 23, 2026

**Via Email**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
Abrams_NYSDChambers@nysd.uscourts.gov

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
March 24, 2026

**Re:** **United States v. Kevin Hernandez**
**25 Cr. 535-RA**

Dear Judge Abrams,

At the recommendation of Pretrial Services and with the consent of the Government, I write to request a modification of the bail conditions in the above-captioned case. We respectfully request that the Court remove the electronic location monitoring requirement in Mr. Hernandez's bail conditions.

Mr. Hernandez has been supervised by Pretrial Services since March 26, 2025, with perfect compliance. Mr. Hernandez has been participating in the Young Adult Opportunity Project since January 2026, and he currently works full-time as a delivery driver for Amazon. Pretrial Services informed me that due to the mobile nature of his employment, location monitoring is impracticable for Mr. Hernandez.

Respectfully submitted,

/s/
Michael Rooney
Attorney for Mr. Kevin Hernandez
212-417-8715

CC:    Katherine Cheng
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
26 Federal Plaza
New York, NY 10278
katherine.cheng@usdoj.gov